# DIVIDENDS REMITTED TO THE COURT

*Receipt # 150910*
*CK # 108*

Case Number 09-20673 - BAUHOF, VIRGINIA M.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **PYOD LLC its successors and assigns as assignee of** <br> **Citibank** <br> c/o Resurgent Capital Services <br> PO Box 19008 <br> Greenville, SC 29602-9866 | 000006 | 161.68 | 4.74 |
| ---------- Remittance Total ---------- | | 161.68 | 4.74 |

DAVIS, STEVEN S., Trustee

FILED 2010 SEP -9 PM 12: 21
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND